**Motion Granted; Dismissed and Memorandum Opinion filed March 14, 2013.**



In The

# Fourteenth Court of Appeals

## NO. 14-13-00142-CV

### JOAN HARRIS, Appellant

### V.

### DOW CORNING CORPORATION, Appellee

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1992-25394ID**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed January 29, 2013. On March 5, 2013, appellant filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Brown, and Busby.